# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
APR 1 1 2008
Apr 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number:   08 C 346

HUGO A. ADAME, et.al.

Vs.

D.B. PARKING LOT AND JANITORIAL MAINT.. AND DOROTHY L. DIVITO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

D.B. PARKING LOT AND MAINTENANCE, INC. AND DOROTHY L. DIVITO

| | |
|---|---|
| NAME (Type or print) <br> John A. Runion | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| FIRM   John A. Runion and Associates | |
| STREET ADDRESS   1625 Colonial Parkway, 1st Floor Suite | |
| CITY/STATE/ZIP   Inverness, IL 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6220558 | TELEPHONE NUMBER <br> 847-701-1502 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |