IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>Defendants. | No. 08 C 346<br><br>Judge Moran |

## MOTION FOR LEAVE TO FILE APPEARANCES

Now Come Dennis R. Favaro, Patrick J. Gorman and Andrew H. Haber of Favaro & Gorman, Ltd., and move this Court to enter an Order granting them leave to file their Appearances on behalf of the defendants, D.B. Parking Lot and Janitorial Maintenance, Inc. and Dorothy L. Divito and in support thereof states as follows:

1. A Complaint was filed against defendants was filed on January 15, 2008.

2. Defendants, D.B. Parking Lot and Janitorial Maintenance, Inc. and Dorothy L. Divito are currently represented by John Runion.

3. Defendants, D.B. Parking Lot and Janitorial Maintenance, Inc., have also retained the law firm of Favaro & Gorman, Ltd. to represent it in the defense of this litigation.

4. Dennis R. Favaro, Patrick J. Gorman and Andrew H. Haber are seeking to enter their Appearances on behalf of the defendants.

5.   No prejudice would result in the granting of this Motion.

WHEREFORE, for the above-stated reasons, Dennis R. Favaro, Andrew H. Haber and Patrick J. Gorman of Favaro & Gorman, Ltd. pray that this Court enter an Order granting them leave to file their Appearances, instanter, and for any and all other relief as this Court deems just and proper.

                                                s/ Andrew H. Haber
                                                Andrew H. Haber
                                                Attorney for Plaintiff
                                                Favaro & Gorman, Ltd.
                                                835 Sterling Avenue, St. 100
                                                Palatine, Illinois 60067
                                                Telephone Number (847) 934-0060
                                                Facsimile Number (847) 934-6899
                                                Attorney No.: 6198412
                                                E-Mail ahaber@favarogorman.com

2