IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>       Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>       Defendants. | No. 08 C 346<br><br>Judge Moran |

### NOTICE OF MOTION

TO:  Douglas M. Werman            John A. Runion
     Maureen A. Bantz             John A. Runion & Associates
     Werman Law Office, P.C.      1625 Colonial Parkway,
     77 West Washington Street    1st Floor Suite
     Suite 1402                   Inverness, Illinois 60067
     Chicago, Illinois 60602

Please take notice that on the 6th day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard I shall appear before the Honorable James B. Moran occupied by him in Room 1843 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present a Motion for Leave to File Appearances, a copy of which is hereto and herewith served upon you.

                                                  s/ Andrew H. Haber
                                                  Andrew H. Haber
                                                  Attorney for Plaintiff
                                                  Favaro & Gorman, Ltd.
                                                  835 Sterling Avenue, St. 100
                                                  Palatine, Illinois 60067
                                                  Telephone Number (847) 934-0060
                                                  Facsimile Number (847) 934-6899
                                                  Attorney No.: 6198412
                                                  E-Mail ahaber@favarogorman.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I presented a **Notice of Motion and Motion for Leave to File Appearances** for filing and uploading to the CM/ECF System:

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street
Suite 1402
Chicago, Illinois 60602

John A. Runion
John A. Runion & Associates
1625 Colonial Parkway,
1st Floor Suite
Inverness, Illinois 60067

s/ Andrew H. Haber
Andrew H. Haber
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue, St. 100
Palatine, Illinois 60067
Telephone Number (847) 934-0060
Facsimile Number (847) 934-6899\
Attorney No. 6198412
E-Mail ahaber@favarogorman.com