# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 346 | **DATE** | 5/1/2008 |
| **CASE TITLE** | HUGO A. ADAME, et al vs. D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for leave to file appearances [14] is granted. Dennis R. Favaro, Andrew H. Haber and Patrick J. Gorman are granted leave to file their appearances on behalf of defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

Case 1:08-cv-00346  Document 17  Filed 05/01/2008  Page 1 of 1

08C346 HUGO A. ADAME, et al vs. D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC.    Page 1 of 1