U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 346

HUGO A. ADAME, CORNELIO MARTINEZ,
a/k/a JOSE SANTIAGO, et al.
v.
D.B. PARKING LOT AND JANITORIAL MAINTENANCE
INC. and DOROTHY L. DIVITO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO

| | |
|---|---|
| **NAME (Type or print)** <br> Patrick J. Gorman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| **FIRM** <br> Favaro & Gorman, Ltd. | |
| **STREET ADDRESS** <br> 835 Sterling Avenue, Suite 100 | |
| **CITY/STATE/ZIP** <br> Palatine, Illinois 60067 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6185111 | **TELEPHONE NUMBER** <br> (847) 934-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |