IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>　　　　　　Defendants. | No. 08 C 346<br><br>Judge Moran |

### NOTICE OF FILING

TO:　Douglas M. Werman　　　　　　John A. Runion
　　　Maureen A. Bantz　　　　　　　John A. Runion & Associates
　　　Werman Law Office, P.C.　　　　1625 Colonial Parkway,
　　　77 West Washington Street　　　1st Floor Suite
　　　Suite 1402　　　　　　　　　　　Inverness, Illinois 60067
　　　Chicago, Illinois 60602

　　Please take notice that on the 9th day of May, 2008, we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an Appearance of Dennis R. Favaro, Appearance of Patrick J. Gorman and Appearance of Andrew H. Haber, copies of which are hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　s/ Andrew H. Haber
　　　　　　　　　　　　　　　　　　　　　Andrew H. Haber
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Favaro & Gorman, Ltd.
　　　　　　　　　　　　　　　　　　　　　835 Sterling Avenue, St. 100
　　　　　　　　　　　　　　　　　　　　　Palatine, Illinois 60067
　　　　　　　　　　　　　　　　　　　　　Telephone Number (847) 934-0060
　　　　　　　　　　　　　　　　　　　　　Facsimile Number (847) 934-6899
　　　　　　　　　　　　　　　　　　　　　Attorney No.: 6198412
　　　　　　　　　　　　　　　　　　　　　E-Mail ahaber@favarogorman.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2008, I presented an **Appearance of Dennis R. Favaro, Appearance of Patrick J. Gorman and Appearance of Andrew H. Haber** for filing and uploading to the CM/ECF System:

| | |
|---|---|
| Douglas M. Werman<br>Maureen A. Bantz<br>Werman Law Office, P.C.<br>77 West Washington Street<br>Suite 1402<br>Chicago, Illinois 60602 | John A. Runion<br>John A. Runion & Associates<br>1625 Colonial Parkway,<br>1st Floor Suite<br>Inverness, Illinois 60067 |

                                                                        s/ Andrew H. Haber_____
                                                                        Andrew H. Haber
                                                                        Attorney for Plaintiff
                                                                        Favaro & Gorman, Ltd.
                                                                        835 Sterling Avenue, St. 100
                                                                        Palatine, Illinois 60067
                                                                        Telephone Number (847) 934-0060
                                                                        Facsimile Number (847) 934-6899
                                                                        Attorney No. 6198412
                                                                        E-Mail ahaber@favarogorman.com