**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANGIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ, on behalf of themselves and all other persons similarly situated, known and unknown, <br><br>   Plaintiffs. <br><br> v. <br><br> D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO, <br><br>   Defendants. | No. 08 C 346 <br><br> Judge Moran |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE**
**PLEAD TO PLAINTIFFS' COMPLAINT AND TO FILE RESPONSE**
**TO MOTION FOR COSTS AND ATTORNEYS' FEES**
**PURSUANT TO FED.R.CIV. P. 4(d)(5)**

Now come the defendants, D.B. Parking Lot and Janitorial Maintenance, Inc. and Dorothy L. Divito, by and through its attorneys, Favaro & Gorman, Ltd., and for its Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint and to File Response to Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ. P. 4(d)(5) states as follows:

1. Defendants were served with a Summons and Complaint in this litigation. An answer was due to be filed on March 24, 2008.

2. Plaintiffs filed its Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5) on April 21, 2008.

3.    Pursuant to this Court's Order of April 30, 2008, a Response to Plaintiff's Motion is to be filed on or before May 14, 2008.

4.    Defendants have only recently retained the law firm of Favaro & Gorman, Ltd. for its defense in this litigation.

5.    An extension of time until May 28, 2008 is requested for counsel for defendants to fully and adequately answer or otherwise plead to Plaintiffs' Complaint. and to file its Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5).

6.    No prejudice would result in the granting of this Motion.

Wherefore, for the above-stated reasons, defendants, D.B. Parking Lot and Janitorial Maintenance, Inc. and Dorothy L. Divito, pray that this Court enter an Order for the following relief:

- An Order granting an extension of time until May 28, 2008 for defendants' to answer or otherwise plead to Plaintiffs' Complaint;

- An Order granting an extension of time until May 28, 2008 for defendants' to file its Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5);

- For such other and further relief as this Court deems just and proper.

/s Andrew H. Haber _____
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060
Attorney No. 6198412
(847) 934-0060
(847) 934-6899 (facsimile)
ahaber@favarogorman.com