IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANGIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>      Defendants. | No. 08 C 346<br><br>Judge Moran |

**NOTICE OF MOTION**

TO:   Douglas M. Werman          John A. Runion
       Maureen A. Bantz            John A. Runion & Associates
       Werman Law Office, P.C.     1625 Colonial Parkway
       77 West Washington Street   1st Floor Suite
       Suite 1402                        Inverness, Illinois 60067
       Chicago, Illinois 60602

     Please take notice that on the 3rd day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may heard, I shall before the Honorable James B. Moran, occupied by him in Room 1843 of the United States District Courthouse and shall then and there present a Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint and to File Response to Plaintiff's Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5), a copy of which is hereto and herewith served upon you.

                                                /s Andrew H. Haber
                                                Favaro & Gorman, Ltd.
                                                835 Sterling Avenue
                                                Suite 100
                                                Palatine, Illinois 60067
                                                (847) 934-0060
                                                Attorney No. 6198412
                                                (847) 934-0060
                                                (847) 934-6899 (facsimile)
                                                E-Mail ahaber@favarogorman.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2008 I presented a **Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint and to File Response to Plaintiff's Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5)** for filing and uploading to the CM/ECF System:

| | |
|---|---|
| Douglas M. Werman | John A. Runion |
| Maureen A. Bantz | John A. Runion & Associates |
| Werman Law Office, P.C. | 1625 Colonia Parkway |
| 77 West Washington Street | 1st Floor Suite |
| Suite 1402 | Inverness, Illinois 60067 |
| Chicago, Illinois 60602 | |

                                                s/ Andrew H. Haber _____
                                                Favaro & Gorman, Ltd.
                                                835 Sterling Avenue
                                                Suite 100
                                                Palatine, Illinois 60067
                                                (847) 934-0060
                                                Attorney No. 6198412
                                                (847) 934-0060
                                                (847) 934-6899 (facsimile)
                                                E-Mail ahaber@favarogorman.com