**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANGIAGO, ANTONIO JAIMES FIDEL MARTINEZ, JORGE J. LOPEZ a/k/a GEORGE LOPEZ, on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) ) ) | No. 08 C 346 |
| Plaintiffs, ) ) | Judge Moran |
| v. ) ) | |
| D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO, ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' AMENDED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT AND TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES PURSUANT TO FED.R.CIV.P. 4(d)(5)**

Now come the defendants, D.B. Parking Lot and Janitorial Maintenance, Inc. and Dorothy L. Divito, by and through its attorneys, Favaro & Gorman, Ltd., and for its Second Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint and to File Response to Plaintiffs' Motion for Cost and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5) states as follows:

1. On May 14, 2008, defendants filed its Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint and to File Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5).

2	In its Motion, which has not yet been heard defendants requested an additional fourteen (14) days to file the respective pleadings.

3.	Defendants are requesting additional time due to previously-scheduled deadlines and commitments to answer or otherwise plead to plaintiff's Complaint and to file its Response to Plaintiffs' Motion for Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5). Specifically, defendants are requesting until June 3, 2008 to file the respective pleadings.

4.	No prejudice would result in the granting of this Motion.

Wherefore, for the above-stated reasons, defendants pray that this Court enter an Order for the following relief:

- An Order granting defendants until June 3, 2008 to answer or otherwise plead to Plaintiffs' Complaint;

- An Order granting defendants until June 3, 2008 to file its Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5);

- For such other and further relief as this Court deems just and proper.

/s Andrew H. Haber _____

Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060
Attorney No. 6198412
(847) 934-0060 (telephone)
(847) 934-6899 (facsimile)
E-Mail ahaber@favarogorman.com