## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANGIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>　　　　Defendants. | No. 08 C 346<br><br>Judge Moran |

### NOTICE OF MOTION

TO:　Douglas M. Werman　　　　　　John A. Runion
　　　Maureen A. Bantz　　　　　　　John A. Runion & Associates
　　　Werman Law Office, P.C.　　　　1625 Colonial Parkway
　　　77 West Washington Street　　　1st Floor Suite
　　　Suite 1402　　　　　　　　　　Inverness, Illinois 60067
　　　Chicago, Illinois 60602

　　　Please take notice that on the 3rd day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may heard, I shall before the Honorable James B. Moran, occupied by him in Room 1843 of the United States District Courthouse and shall then and there present an Amended Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint and to File Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5), a copy of which is hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s Andrew H. Haber_____
　　　　　　　　　　　　　　　　　　　　　　Favaro & Gorman, Ltd.
　　　　　　　　　　　　　　　　　　　　　　835 Sterling Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　　　　Palatine, Illinois 60067
　　　　　　　　　　　　　　　　　　　　　　(847) 934-0060
　　　　　　　　　　　　　　　　　　　　　　Attorney No. 6198412
　　　　　　　　　　　　　　　　　　　　　　(847) 934-0060
　　　　　　　　　　　　　　　　　　　　　　(847) 934-6899 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　E-Mail ahaber@favarogorman.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008 I presented an **Amended Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint and to File Response to Plaintiffs' Motion for Costs and Attorneys' Fees Pursuant to Fed.R.Civ.P. 4(d)(5)** for filing and uploading to the CM/ECF System:

| | |
|---|---|
| Douglas M. Werman | John A. Runion |
| Maureen A. Bantz | John A. Runion & Associates |
| Werman Law Office, P.C. | 1625 Colonia Parkway |
| 77 West Washington Street | 1st Floor Suite |
| Suite 1402 | Inverness, Illinois 60067 |
| Chicago, Illinois 60602 | |

               s/ Andrew H. Haber _____
               Favaro & Gorman, Ltd.
               835 Sterling Avenue
               Suite 100
               Palatine, Illinois 60067
               (847) 934-0060
               Attorney No. 6198412
               (847) 934-0060
               (847) 934-6899 (facsimile)
               E-Mail ahaber@favarogorman.com