IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>       Plaintiffs,<br><br>v.<br><br>D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC. and DOROTHY L. DIVITO,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)No. 08 C 346<br>)<br>)Judge Moran<br>)<br>)<br>)<br>)Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

TO:    Douglas M. Werman                John A. Runion
        Maureen A. Bantz                 John A. Runion & Associates
        Werman Law Office, P.C.         1625 Colonial Parkway,
        77 West Washington Street       1st Floor Suite
        Suite 1402                               Inverness, Illinois 60067
        Chicago, Illinois 60602

       Please take notice that on the 3rd day of June, 2008, we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an Answer to Complaint, a copy of which is hereto and herewith served upon you.

                                                    s/ Andrew H. Haber
                                                    Andrew H. Haber
                                                    Attorney for Plaintiff
                                                    Favaro & Gorman, Ltd.
                                                    835 Sterling Avenue, St. 100
                                                    Palatine, Illinois 60067
                                                    Telephone Number (847) 934-0060
                                                    Facsimile Number (847) 934-6899
                                                    Attorney No.: 6198412
                                                    E-Mail ahaber@favarogorman.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 3, 2008, I presented a **Notice of Filing and Answer to Complaint** filing and uploading to the CM/ECF System:

| | |
|---|---|
| Douglas M. Werman | John A. Runion |
| Maureen A. Bantz | John A. Runion & Associates |
| Werman Law Office, P.C. | 1625 Colonial Parkway, |
| 77 West Washington Street | 1st Floor Suite |
| Suite 1402 | Inverness, Illinois 60067 |
| Chicago, Illinois 60602 | |

                                                s/ Andrew H. Haber
                                                Andrew H. Haber
                                                Attorney for Plaintiff
                                                Favaro & Gorman, Ltd.
                                                835 Sterling Avenue, St. 100
                                                Palatine, Illinois 60067
                                                Telephone Number (847) 934-0060
                                                Facsimile Number (847) 934-6899
                                                Attorney No. 6198412
                                                E-Mail ahaber@favarogorman.com