IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown, <br><br> Plaintiffs, <br> v. <br><br> D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC., and DOROTHY L. DIVITO, <br><br> Defendants. | Case No. 08 C 346 <br><br> Judge Moran |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiffs, by their attorneys, and pursuant to Rule 15, Fed. R. Civ. P.15(a), move this Court for leave to file a First Amended Complaint. In support of this motion, Plaintiffs state as follows:

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), for Defendants' failure to pay Plaintiffs and other similarly situated employees overtime wages. This case was filed as a representative action under 29 U.S.C. § 216(b).

2. Plaintiffs now seek leave of Court to add Marcos Escamirosa, Jorge Rodriguez, Andres Bravo, and Virginia Mixtega as additional Plaintiffs to the Complaint.

3. Under Fed. R. Civ. P. 15(a), "leave [to amend pleadings] shall be freely given when justice so requires." Under Fed. R. Civ. P. 21, a party can be added "at any stage of the action" on terms that are just.

4. Defendants will not be prejudiced by the addition of additional plaintiffs. This case is in the early pre-trial stages, and no depositions have yet been taken by either party. Indeed, an amendment is required in this lawsuit to serve the interests of justice and achieve a proper ruling on the merits.

WHEREFORE, Plaintiffs request that this Court enter an Order:

A. Granting Plaintiffs' Motion to Amend Complaint to Add Additional Plaintiffs; and

B. Entering Exhibit 1 on the docket as the First Amended Complaint.

Respectfully submitted,

Dated: July 11, 2008

s/Douglas M. Werman
Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Plaintiffs' Motion for Leave to File First Amended Complaint** were served via electronic mail on July 17, 2008 on:

Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Ave., Suite 100
Palatine, IL  60067

&

John A. Runion
John A. Runion & Associates
1625 Colonial Parkway, 1st Flr. Ste
Inverness, IL  60067

s/Douglas M. Werman
Douglas M. Werman