IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGO A. ADAME, CORNELIO MARTINEZ a/k/a JOSE SANTIAGO, ANTONIO JAIMES, FIDEL MARTINEZ, JORGE H. LOPEZ a/k/a GEORGE LOPEZ on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 08 C 346 |
| v. ) | |
| D.B. PARKING LOT AND JANITORIAL MAINTENANCE, INC., and DOROTHY L. DIVITO, ) ) ) ) | Judge Moran |
| Defendants. ) | |

NOTICE OF MOTION

TO:  Andrew H. Haber                    John A. Runion
     Favaro & Gorman, Ltd.              John A. Runion & Associates
     835 Sterling Ave., Suite 100       1625 Colonial Parkway, 1st Flr. Ste
     Palatine, IL  60067                Inverness, IL  60067

PLEASE TAKE NOTICE that on July 23, 2008, at 9:15 a.m., we shall appear before Judge Moran, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Leave to File First Amended Complaint**, a copy of which is attached hereto and hereby served upon you.

Dated: July 11, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiffs