## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 346 | **DATE** | 7/23/2008 |
| **CASE TITLE** | HUGO A. ADAME, et al vs. D.B. PARKING LOT AND JANITORIAL MAINTENANCE | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/23/2008 at 9:15 a.m.  Plaintiffs' motion for leave to file first amended complaint [31] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|

Case 1:08-cv-00346   Document 33   Filed 07/23/2008   Page 1 of 1

08C346 HUGO A. ADAME, et al vs. D.B. PARKING LOT AND JANITORIAL MAINTENANCE     Page 1 of 1